FILED

OCT 15 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | I N D I C T M E N T |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 5:26 CR 00474 |
| | ) | Title 18, United States Code, |
| MITCHELL T. SCHUSTER, | ) | Sections 842(i)(1), 844(a)(1) and |
| | ) | (i); and Title 26, United States |
| Defendant. | ) | Code, Sections 5841, 5861(d), |
| | ) | and 5871 |
| | ) | JUDGE BARKER |

COUNT 1
(Arson, 18 U.S.C. § 844(i))

The Grand Jury charges:

1. On or about January 12, 2024, in the Northern District of Ohio, Eastern Division, Defendant MITCHELL T. SCHUSTER did maliciously damage and destroy, and attempt to damage and destroy, by means of fire and explosive, a building, to wit: the Walmart store at 3520 Hudson Drive, Stow, Ohio, and other real and personal property located therein, used in interstate commerce, in violation of Title 18, United States Code, Section 844(i).

COUNT 2
(Felon in Possession of Explosives, 18 U.S.C. §§ 842(i)(1) and 844(a)(1))

The Grand Jury further charges:

2. On or about January 12, 2024, in the Northern District of Ohio, Eastern Division, Defendant MITCHELL T. SCHUSTER, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, that being: Aggravated Arson, on or about June 26, 2017, in case number CR-2017-01-0223 in the Court of Common Pleas of

Summit County, Ohio, knowingly possessed an explosive, to wit: an incendiary device, as defined in Title 18, United States Code, Section 232(5), which had been shipped and transported in and affecting interstate commerce, in violation of Title 18, United States Code, Sections 842(i)(1) and 844(a)(1).

COUNT 3
(Possession of Unregistered Firearms,
26 U.S.C. §§ 5841, 5861(d), and 5871)

The Grand Jury further charges:

3. On or about January 12, 2024, in the Northern District of Ohio, Eastern Division, Defendant MITCHELL T. SCHUSTER did knowingly possess a firearm, as defined in Title 26, United States Code, Sections 5845(a)(8) and (f), to wit: a destructive device, not registered to him in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871.

FORFEITURE SPECIFICATION

The Grand Jury further charges:

4. The allegations of Counts 1, 2, and 3 are hereby re-alleged and incorporated herein by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Sections 981(a)(1)(C) and 844(c)(1), Title 26, United States Code, Section 5872, and Title 28, United States Code, Section 2461(c). As a result of the offenses alleged in Count 1 and 2, Defendant MITCHELL T. SCHUSTER shall forfeit to the United States all property constituting or derived from proceeds traceable to the offense charged in Count 1 and the offense charged in Count 2; and all explosive material involved or used or intended to be used violation of Count 1 and of Count 2. As a result of the offense alleged in Count 3, Defendant MITCHELL T.

SCHUSTER shall forfeit to the United States any firearm involved in the commission of the violation charged in Count 3.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.